IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRANDON D. BRADLEY, SR.,

    Petitioner,

v.                                            Case No.  20-cv-976-jdp

KEVIN CARR, DAVID MAHONEY,
LT. BRIAN DRUMM, and LARRY FUCHS,

    Respondents.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Brandon D. Bradley Sr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

/s/                                               1/13/2021

Peter Oppeneer, Clerk of Court                 Date